UNITED STATES DISTRICT COURT for the Western District of Oklahoma

: Roman-Vladimirovich; Serpili -7692
        Plaintiff,

-vs-

1. Sheriff Derek Manning
2. Undersheriff Jeff Miller
3. Ms. Murphey  4. Officer Brown
5. Lt. Haro  6. Officer Haro
7. Capt.  8. Beckham Co. Jail., et al
        Defendant's

Case No. CIV-23-1093-R

FILED
NOV 29 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____naa_____, DEPUTY

## COMPLAINT AFFIDAVIT

I. The Parties to this Complaint

A. The Plaintiff
NAME: :Roman-Vladimirovich; Serpili-  Address: 108 South 3rd Street Sayre, Oklahoma (73662)

B. The Defendant (s.)
1. Sheriff Derek Manning  2. Undersheriff Jeff Miller
3. Ms. Murphey  4. Officer Brown  5. Lt. Haro  6. Officer Haro
7. Capt.  8. Beckham Co. Jail., et al
Address: Beckham Co. Jail 108 S. 3rd St., Sayre Ok 73662

II. Basis for Jurisdiction - Federal Question, Civil Rights Other
A. Violations of 1st, 4th, 5th, 8th, 14th Amendments to U.S. Constitution, Tit. 42 § 1983, 18 U.S.C. § 241

III. Statement of Claim
Plaintiff is entitled to Complaint based on following claims:
1. Defendants 1-8 deprived Plaintiff of seeking civil appeal to the Oklahoma Supreme Court in Custer County (heard 10/18/23)

1 of 3

2. Defendents 1-8 deprived Plaintiff in seeking any address or information regarding Custer County Case for perfecting Appeal.

3. Defendent 3 provided no medical assistance regarding disabilities suffering prior to being Jailed to assist w/ perfecting appeal due to being in extreme pain.

4. Defendent 3 denied scheduled 2nd Nov. 23 appointment for medical.

5. Defendents 1-8 denied adequate law library and material needed to meet statutory deadlines in Civil case in Custer County in front of S. Jones 10/18/23.

6. Defendents 1-8 denied mail envelops stamped and address search to contact Custer County Courts for transcripts and Information needed to perfect Civil Appeal in Custer County 10/18/23 in front of Stefanie Jones.

7. Defendents 1-8 denied access to the Jail kiosk complaint system by limiting messages able to send per-day.

8. Defendents 1-8 denied adequate nutritional diet and religous exemptions for a proper functioning mindset & body.

9. Defendent 3 denied medical extra mattress and pillow for prior disabilities to help get sleep and rest delaying.

IV. Irreperable Injury

On 10/18/23 in Custer County in front of Magistrate Stefanie Jones, Plaintiff for Defendent ROMAN SEPPIK-4437 Estate "Person" on the record stated an appeal will be sought, but while imprisoned at Beckham Jail all defendents did not allow access to adequate law library, material, nutrition, medical, kiosk Complaints to be able to perform a successful appeal do to missing statutory requirements based on defendants actions.

V. Relief

The Plaintiff is seeking $25,000 for damages suffered in connection with defendants ill-actions.

The Plaintiff is also seeking Defendants provide outside medical and advocate counsel for legal case research due to defendants ignorance of prisoners rights.

VI. Certification and Closing

Under Federal Rule of Civil procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for an improper purpose, such as harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirement of rule 11. (5) All Formal Jail Complaints been exhausted before filing.

Date: 20th November 2023   Autograph: _____ sid
without prejudice UCC 1-308, 1-103.6

Under penalty of perjury the information here-in is the truth the whole truth, so help me God.

Note: Jail Notary denied or unavailable

3 of 3

Blank Page